# CIVIL MINUTES – GENERAL

Case No.  **CV 16-08206 AFM**                                                                 Date: **November 16, 2018**

Title     **Richard A. Strick etc. v. United Retirement Consultants, Inc., et al.**

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order re Dismissal**

As requested by the Stipulation of Dismissal (ECF No. 98), this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  All parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

                                                                                                                    :
                                                                          **Initials of Preparer**         ib